Decided April 28, 1994

STATE OF CONNECTICUT *v.* LAMONT A. BARNES

The defendant's petition for certification for appeal
from the Appellate Court, 33 Conn. App. 603 (AC
11640), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that, in
the absence of an offer of proof, the defendant failed
to present an adequate record to permit review of the
trial court's limitation of his cross-examination of the
victim to establish a motive to fabricate a claim of
theft?"

The Supreme Court docket number is SC 14928.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided May 6, 1994